UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOPHIE CAHEN VORBURGER,
                     Plaintiff,

-v-

J.P. MORGAN CHASE BANK, N.A.,
                     Defendant.

18-CV-7515 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 30, 2019, Plaintiff filed another letter with the Court requesting an extension to file her Amended Complaint and an extension to respond to Defendant's motion to dismiss. (Dkt. No. 54.) As discussed in this Court's previous order (Dkt. No. 53), Defendant's motion to dismiss has already been decided. Accordingly, Plaintiff's request to file an opposition to that motion is yet again DENIED as moot.

However, Plaintiff's request for an extension to file an Amended Complaint is GRANTED. Plaintiff is again reminded that she is granted leave to amend *only* any "harassment" claims that she may have against Defendant. (*See* Dkt. No. 51 at 6.) Any dismissed claims included in the Amended Complaint will not be reconsidered.

Plaintiff shall file an Amended Complaint on or before January 12, 2020. The Court does not anticipate granting any further extensions absent *extraordinary* circumstances.

      SO ORDERED.

Dated: December 4, 2019
       New York, New York

                                                      J. PAUL OETKEN
                                                United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*