UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOPHIE CAHEN VORBURGER,
                        Plaintiff,

-v-

J.P. MORGAN CHASE BANK, N.A.,
                        Defendant.

18-CV-7515 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On January 12, 2020, Plaintiff filed another letter with the Court requesting an extension to file her Amended Complaint and an extension to respond to Defendant's motion to dismiss. (Dkt. No. 56.) As discussed in this Court's previous orders (Dkt. Nos. 53, 55), Defendant's motion to dismiss has already been decided. Accordingly, Plaintiff's request to file an opposition to that motion is yet again DENIED as moot.

      However, Plaintiff's request for an extension to file an Amended Complaint is GRANTED in part. Based on the vast amount of time that Plaintiff has had almost four months to file an amended complaint, an extension to the end of February is unwarranted. Plaintiff is again reminded that she is granted leave to amend *only* any "harassment" claims that she may have against Defendant. (*See* Dkt. No. 51 at 6.) Any dismissed claims included in the Amended Complaint will not be reconsidered.

      Accordingly, Plaintiff shall file an Amended Complaint on or before January 29, 2020. There will be **no further extensions** granted in this case.

1

If Plaintiff fails to file an Amended Complaint by that date, this case will be dismissed with prejudice.

SO ORDERED.

Dated: January 15, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*