UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOPHIE CAHEN VORBURGER,
                          Plaintiff,

-v-

J.P. MORGAN CHASE BANK, N.A.,
                          Defendant.

18-CV-7515 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On February 23, 2020, Plaintiff filed a letter with the Court requesting that the court reconsider its dismissal order and requesting yet another extension to file her Amended Complaint. (Dkt. No. 62.) The motion is DENIED. For the reasons stated in this Court's dismissal order (*see* Dkt. No. 61), this case remains dismissed with prejudice.

      SO ORDERED.

Dated: March 3, 2020
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*