UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOPHIE CAHEN VORBURGER,
                              Plaintiff,

                                                          18-CV-7515 (JPO)

           -v-
                                                          ORDER

J.P. MORGAN CHASE BANK, N.A.,
                              Defendant.


J. PAUL OETKEN, District Judge:

On March 9, 2020, and May 4, 2020, Plaintiff filed letters with the Court requesting that

it once again reconsider its dismissal order and requesting yet another extension to file her

Amended Complaint.  (Dkt. Nos. 64, 65.)  The motions are DENIED.  For the reasons stated in

this Court's dismissal order (*see* Dkt. No. 61), this case remains dismissed with prejudice.  The

Court will not entertain further extension requests or requests to reconsider the dismissal of the

case.

           SO ORDERED.

Dated: May 5, 2020
           New York, New York

_____
                              J. PAUL OETKEN
                              United States District Judge


*COPY MAILED TO PRO SE PARTY BY CHAMBERS*